# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE L. VALLE | |
| Plaintiff | |
| vs. | Civil 98-1679 (PG) |
| SEAFARERS' PENSION PLAN | |
| Defendants | |

## ORDER

It appears from the docket of this case that on March 8, 1999, plaintiff's counsel was allowed to withdraw from this case, and the plaintiff was granted thirty days to hire new counsel. On April 21, 1999, the plaintiff was granted until June 11, 1999, to obtain new legal representation. No further action having been taken, this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev. 8/82)