ENTERED ON DOCKET
4/24/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

JOSE L. VALLE,
    Plaintiff,

v.                  CIVIL NO. 98-1679 (PG)

SEAFARERS' PENSION PLAN,
    Defendant.

## J U D G M E N T

On April 20, 2000 the Court entered an Order dismissing the case with prejudice for lack of prosecution.

WHEREFORE, judgment is hereby entered **Dismissing the case with prejudice** for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, April 20, 2000.

                                    JUAN M. PEREZ-GIMENEZ
                                    U.S. District Judge

AO 72A
(Rev. 8/82)